# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN BRADLEY HODGES, | ) | 3:07-CV-462-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 17, 2009 |
| | ) | |
| BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Leave to File Additional Interrogatories (Doc. #74).  Good cause appearing,

Defendants' Motion for Leave to File Additional Interrogatories (Doc. #74) is **GRANTED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
       Deputy Clerk